IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JACQUELINE ONOFRE, INDIVIDUALLY<br>AND A/N/F OF LUKE ONOFRE and<br>HANNAH ONOFRE, MINORS<br>V.<br><br>C.R. ENGLAND and<br>PAUL JOHNSON | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:15-cv-00425<br>§<br>§<br>§ |

### DEFENDANTS, C.R. ENGLAND and PAUL JOHNSON'S
### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **C.R. ENGLAND and PAUL JOHNSON**, hereby removes this action to the United States District Court for the Southern District of Texas from the 57th Judicial District Court of Bexar County, Texas, stating as follows:

1.     Plaintiffs, Jacqueline Onofre, Individually and a/n/f of Luke Onofre and Hannah Onofre, Minors, commenced this action in the 57th Judicial District Court of Bexar County, Texas, where it was given Cause No. 2015CI04787.   This action is between citizens of different states.  Plaintiff is a resident of Texas.  Defendant C.R. England, Inc. is a Utah Corporation and Defendant Paul Johnson is a resident of Indiana. Further, Plaintiffs claim damages for serious personal injury and is seeking damages of $1,000,000.  Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.     Defendants, C.R. England and Paul Johnson received the summons and complaint on May 11, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3.  A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4.  Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 57th Judicial District Court of Bexar County, Texas.

5.  Defendants C.R. England and Paul Johnson consents to the removal.

Dated: May 12, 2015

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___19___ day of May 2015, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

**E-Filing Notification System:**
Thomas J. Henry
SBN: 09484210
Robert P. Wilson
SBN: 21718575
LAW OFFICES OF THOMAS J. HENRY
512 Star Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601
rwilson@thomasjhenrylaw.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN