IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JACQUELINE ONOFRE, INDIVIDUALLY AND A/N/F OF LUKE ONOFRE and HANNAH ONOFRE, MINORS <br><br> V. <br><br> C.R. ENGLAND, INC. and PAUL JOHNSON | § § § § § § § § § § § CIVIL ACTION NO. NO: 15-CV-00425-DAE |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

C.R. ENGLAND, INC. and PAUL JOHNSON, Defendants in the above-styled and numbered cause, hereby designate the following expert witnesses in accordance with this Honorable Court's Scheduling Order:

## RETAINED EXPERT WITNESSES

(1)   Richard V. Baratta, Ph.D.
Rimkus Consulting Group, Inc.
Eight Greenway Plaza, Suite 500
Houston, Texas  77046
(713) 621-3550
Dr. Baratta holds a Ph.D. in biomedical engineering and will provide opinions regarding biomechanics, mechanism of injury, occupant kinematics, impact analysis, and accident reconstruction, among other things.  See Dr. Baratta's expert report and Curriculum Vitae (Exhibit "A"), testimony listing (Exhibit "B") and fee schedule (Exhibit "C") attached to this designation.  Dr. Baratta's complete file, including his notes, memoranda, diagrams, photographs, radiology films and further exhibits which he expects to use at the trial of this case, will be made available for inspection by counsel for Plaintiff at a mutually convenient time and place, and will be produced at the time Dr. Baratta is presented for deposition.

(2)   John R. Anderson, M. D.
      511 Kreutzberg Road
      Boerne, Texas 78006
      (830) 446-9733
      Dr. Anderson is Defendants' orthopedic surgeon expert and will provide opinions regarding Plaintiff Jacqueline Onofre's alleged injuries, the diagnoses and treatment provided to Plaintiff Jacqueline Onofre, and the prognosis for Plaintiff Jacqueline Onofre's recovery from her alleged injuries, among other things.  See Dr. Anderson's expert report (Exhibit "D"), Curriculum Vitae (Exhibit "E"), testimony listing (Exhibit "F") and fee schedule (Exhibit "G").  Dr. Anderson's complete file, including notes, memoranda, medical records, photographs, radiology films and literature in support of his opinions, will be made available for inspection by counsel for Plaintiff at a mutually convenient time and place, and will be produced at the time Dr. Anderson is presented for deposition.

## NON-RETAINED EXPERT WITNESSES

(3)   Deputy R. Gill, ID No. 2943
      Bexar County Sheriff's Department
      200 North Comal Street
      San Antonio, Texas 78207
      (210) 335-6300
      Deputy Gill investigated the accident in question.  See copy of Deputy Gill's accident investigation report previously produced as CRE-0001 through CRE-0004.

(4)   Plaintiffs' Medical Providers, as follows –

      Doctors, Nurses, Technicians, Other Medical Providers
      And the Custodian of Records for
      Christus Santa Rosa – Westover Hills
      11212 Texas Highway 151
      San Antonio, Texas 78251
      (210) 703-8000

      Doctors, Nurses, Technicians, Other Medical Providers
      And the Custodian of Records for
      Family Clinics of San Antonio
      11730 West Avenue
      San Antonio, Texas 78216
      (210) 340-8501

Hugo Alonzo Rojas, M. D.
And the Custodian of Records for
Family Clinics of San Antonio
2115 Pleasanton Road, Suite 205
San Antonio, Texas  78221
(210) 922-3627

Michael Murphy, M. D.
And the Custodian of Records for
Consultants in Pain Medicine
423 Treeline Park
San Antonio, Texas  78209
(210) 546-1455

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Medical Center Ophthalmology Associates
9157 Huebner Road
San Antonio, Texas  78240
(210) 267-2020

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
River City Chiropractic – Ingram
6338 N.W. Loop 410
San Antonio, Texas  78238
(210) 682-9696

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Premier Medical Imaging
11730 West Avenue
San Antonio, Texas  78216
(210) 922-0016

Michael Leonard, M. D.
And the Custodian of Records for
Alamo Neurosurgical Institute
414 West Sunset Road, Suite 205
San Antonio, Texas  78209
(210) 564-8300

Cesar Gerez-Martinez, M. D.
And the Custodian of Records for
MedFirst Westover Hills Primary Care Clinic
3903 Wiseman Boulevard, Suite 100
San Antonio, Texas  78251
(210) 681-0126

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
San Antonio Military Medical Center
78234, 3551 Roger Brooke Drive
San Antonio, Texas  78219
(210) 916-4342

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Bennett Health Clinic
761st Tank Battalion Avenue
Fort Hood, Texas  76544
(254) 618-8039

Ricardo A. Riojas, M. D.
And the Custodian of Records for
San Antonio Pediatric Associates, P.A.
9793 Culebra Road, Suite 105
San Antonio, Texas  78251
(210) 681-6439

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
(210) 731-6350:  Direct Line
(210) 785-2950:  Direct Fax
lwarren@namanhowell.com

{03705493.DOC / }

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent on the _____ day of December, 2015, to the following:

**F-Filing Notification**
**rwilson@thomasjhenrylaw.com**
Mr. Thomas J. Henry
Mr. Robert P. Wilson
THE LAW OFFICE OF THOMAS J. HENRY
512 Starr Street
Corpus Christi, Texas 78401
**ATTORNEYS FOR PLAINTIFFS**

_____
LARRY D. WARREN

{03705493.DOC / }

5