IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JACQUELINE ONOFRE, INDIVIDUALLY AND A/N/F OF LUKE ONOFRE and HANNAH ONOFRE, MINORS<br><br>V.<br><br>C.R. ENGLAND, INC. and PAUL JOHNSON | §§§§§§§§§§ CIVIL ACTION NO. NO: 15-CV-00425-DAE |

## DEFENDANTS' SECOND SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

C.R. ENGLAND, INC. and PAUL JOHNSON, Defendants in the above-styled and numbered cause, hereby serve the following Second Supplemental Designation of Expert Witnesses, and would show the Court as follows:

### RETAINED EXPERT WITNESSES

(1) See supplemental expert report of Richard V. Baratta, Ph.D., attached to this supplemental designation as Exhibit A-1, which was previously produced to Plaintiffs at the time Dr. Baratta was deposed on May 3, 2016.

(2) See supplemental expert report of John R. Anderson, M. D., attached to this supplemental designation as Exhibit B-1, which was previously produced to Plaintiffs at the time Dr. Anderson was deposed on April 27, 2016.

### NON-RETAINED EXPERTS

Plaintiffs' medical providers including, but not limited to –

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Christus Santa Rosa – Westover Hills
11212 Texas Highway 151
San Antonio, Texas  78251
(210) 703-8000

{03957445.DOC / }

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Family Clinics of San Antonio
11730 West Avenue
San Antonio, Texas 78216
(210) 340-8501

Hugo Alonzo Rojas, M. D.
And the Custodian of Records for
Family Clinics of San Antonio
2115 Pleasanton Road, Suite 205
San Antonio, Texas 78221
(210) 922-3627

Michael Murphy, M. D.
And the Custodian of Records for
Consultants in Pain Medicine
423 Treeline Park
San Antonio, Texas 78209
(210) 546-1455

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Medical Center Ophthalmology Associates
9157 Huebner Road
San Antonio, Texas 78240
(210) 267-2020

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
River City Chiropractic – Ingram
6338 N.W. Loop 410
San Antonio, Texas 78238
(210) 682-9696

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Premier Medical Imaging
11730 West Avenue
San Antonio, Texas 78216
(210) 922-0016

Michael Leonard, M. D.
And the Custodian of Records for
Alamo Neurosurgical Institute
414 West Sunset Road, Suite 205
San Antonio, Texas 78209
(210) 564-8300

Cesar Gerez-Martinez, M. D.
And the Custodian of Records for
MedFirst Westover Hills Primary Care Clinic
3903 Wiseman Boulevard, Suite 100
San Antonio, Texas 78251
(210) 681-0126

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
San Antonio Military Medical Center
78234, 3551 Roger Brooke Drive
San Antonio, Texas 78219
(210) 916-4342

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Bennett Health Clinic
761st Tank Battalion Avenue
Fort Hood, Texas 76544
(254) 618-8039

Ricardo A. Riojas, M. D.
And the Custodian of Records for
San Antonio Pediatric Associates, P.A.
9793 Culebra Road, Suite 105
San Antonio, Texas 78251
(210) 681-6439

Doctors, Nurses, Technicians, Other Medical Providers
And the Custodian of Records for
Wilford Hall Ambulatory Surgical Center
2200 Bergquist Drive
San Antonio, Texas 78236
(210) 292-7412

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
(210) 731-6350:  Direct Line
(210) 785-2950:  Direct Fax
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent on the __16__ day of June, 2016, to the following:

**F-Filing Notification**
rwilson@thomasjhenrylaw.com
Mr. Thomas J. Henry
Mr. Robert P. Wilson
THE LAW OFFICE OF THOMAS J. HENRY
512 Starr Street
Corpus Christi, Texas 78401
**ATTORNEYS FOR PLAINTIFFS**

_____
LARRY D. WARREN

{03957445.DOC / }

4