IN THE UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JACQUELINE ONOFRE | § § | |
| V. | § § | CIVIL ACTION NO: 15-CV-00425-DAE |
| C.R. ENGLAND, INC. and PAUL JOHNSON | § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

After considering the Joint Stipulation of Dismissal of **PLAINTIFF, JACQUELINE ONOFRE**, and **DEFENDANTS, C.R. ENGLAND, INC. and PAUL JOHNSON**, the Court **GRANTS** the Joint Stipulation of Dismissal, and hereby dismisses all claims of **PLAINTIFF, JACQUELINE ONOFRE**, against **DEFENDANTS, C.R. ENGLAND, INC. and PAUL JOHNSON**, with prejudice to the re-filing of same.

SIGNED on the 4th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE